UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elvis VILLAVICENCIO,<br><br>        Petitioner,<br><br>v.<br><br>Christopher LaROSE, et al.,<br><br>        Respondents. | Case No.: 25-cv-3461-AGS-SBC<br><br>**ORDER GRANTING HABEAS PETITION AND ORDERING BOND HEARING** |

  Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED**.

  All pending deadlines and hearings before this Court are vacated. Respondents must provide petitioner with a bond hearing before an immigration judge by **January 6, 2026**.

Dated:  December 26, 2025

                _____
                Hon. Andrew G. Schopler
                United States District Judge